SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Michael Bertolone, et al,<br><br>Defendants | Case No.: CIV.S 10-cv-01356-MCE-EFB<br><br>**REQUEST RE DISMISSAL OF MICHAEL BERTOLONE; MARIA CARMELIA BERTOLONE; ORDER**<br><br>Complaint Filed: JUNE 2, 2010<br>First Amended Filed: JULY 23, 2010<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Michael Bertolone; Maria Carmelia Bertolone) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).

///

///

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

1    This case is to remain open as to the remaining Defendants.  Defendants (Michael
2 Bertolone; Maria Carmelia Bertolone) are dismissed because these Defendants are not proper
3 parties to this action.

5  Dated: October 6, 2010                                /s/Scott N. Johnson
                                                         SCOTT N. JOHNSON
6                                                        Attorney for Plaintiff

8  **IT IS SO ORDERED**.

10 Dated: October 13, 2010

11                                                       _____
                                                         MORRISON C. ENGLAND, JR
12                                                       UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com