UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | No. 2:10-cv-01356-MCE-EFB |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| MICHAEL BERTOLONE, et al., | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED the January 7, 2013 bench trial is vacated and continued to **March 18, 2013,** at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **January 10, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the September 6, 2012 Final Pretrial Conference is vacated and continued to **January 24, 2013,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 3, 2013,** and shall comply with the procedures outlined in the Court's December 22, 2010 Pretrial Scheduling Order.

///

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 3, 2013.** Oppositions must be filed by **January 10, 2013,** and any reply must be filed by **January 17, 2013.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: November 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE